**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6565

WILLIE PERRY WOODS,

Petitioner - Appellant,

v.

WARDEN H. RAY, FCI Hazelton,

Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:22-cv-00294-JPB-JPM)

Submitted:  October 19, 2023                    Decided:  October 24, 2023

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Willie Perry Woods, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Perry Woods, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 petition in which Woods challenged the execution of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Woods v. Ray*, No. 5:22-cv-00294-JPB-JPM (N.D.W. Va. May 18, 2023). We deny Woods' motion for a copy of the district court record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*